## First District.

Phillip Weinberg, appellee, v. Frank C. Nicodemus, Jr., and Norman B. Pitcairn, appellants. Gen. No. 38,310.

Opinion filed June 22, 1936.
John Gibson Hale, for appellants. William Feldman, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.

George Placzkiewicz, appellee, v. Wilhelmina K. Borgmeier and Adolph J. Borgmeier, appellants. Gen. No. 38,396.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.
E. R. Borgmeier, for appellants; A. L. Cronin, of counsel. Jarecki & Brautigam, for appellee; James W. Cotter, of counsel.
Mr. Presiding Justice Hall delivered the opinion of the court.

Genevieve Argentina Del Boccio, appellee, v. Leslie Maringer and Virgil Maringer, appellants. Gen. No. 38,437.

Opinion filed June 22, 1936.
Cassels, Potter & Bentley, for appellants; Ralph F. Potter, Leslie H. Vogel and E. Douglas Schwantes, of counsel. Hirsch E. Soble and Benjamin Weinberg, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.